AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

MARCELLOUS L. WALKER,

        Plaintiff,

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-612

    v.

SGT. LAVERNE WALLACE, et al.,

        Defendants.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration following the Court of Appeals' order vacating-in-part, affirming-in-part, and remanding the case for entry of Judgment reflecting that no state claims were decided on the merits.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing, and that Sandra McCardle and Maxim Physician Resources are dismissed from this action. The state law claims are DISMISSED without prejudice.

Approved: s/ William C. Griesbach
           WILLIAM C. GRIESBACH
           United States District Judge

Dated: August 24, 2021

GINA M. COLLETTI
Clerk of Court

s/ Lori Hanson
(By) Deputy Clerk